Electronically Filed
Intermediate Court of Appeals
30142
07-OCT-2013
10:00 AM

NO. 30142

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KAREN GOO, et al., Plaintiffs/Counterclaim-
Defendants/Appellants/Cross-Appellees

v.

MAYOR ALAN ARAKAWA, Successor-In-Interest to
Mayor Charmaine Tavares, WILLIAM SPENCE, Director of Planning,
County of Maui, Successor-In-Interest to Director Jeff Hunt,
County of Maui, Defendants/Cross-Claim Defendants/
Appellees/Cross-Appellants/Cross-Appellees

and

VP AND PK(ML) LLC, KCOM Corp., Defendants/Intervenor-
Defendants/Cross-Claim Defendants/ Counterclaimants/
Cross-Claimants/Appellees/Cross-Appellees/Cross-Appellants

and

KILA KILA CONSTRUCTION,
Defendant/Cross-Claim Defendant/Cross-Claimant

and

(JOHN G.) JOHN G'S DESIGN & CONSTRUCTION, INC.,
Defendant/Cross-Claimant/Cross-Claim Defendant

and

NEW SAND HILLS LLC., Defendant/Intervenor-
Defendant/Counterclaimant/Cross-Claim Defendant/
Appellee/Cross-Appellee/Cross-Appellant

and

DAVID B. MERCHANT; JOYCE TAKAHASHI; BRIAN TAKAHASHI,
Defendants/Intervenor-Defendants

and

DIANE L. REASER, et al.,
Defendants/Intervenor-Defendants/Counter-Claimants

and

HOOKAHI, LLC, SANDHILLS ESTATES COMMUNITY ASSOCIATION,
Intervenors/Appellees/Cross-Appellees/Cross-Appellants

and

CHERYL CABEBE, GERRY RIOPTA, and MELISSA RIOPTA,
Intervenor-Defendants/Appellees/Cross-Appellants

and

DOE DEFENDANTS 1-100,
Defendants/Cross-Claim Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0258(1))


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiffs/Counterclaim-Defendants/Appellants/Cross-Appellees' Motion for Reconsideration filed on September 27, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, October 7, 2013.

Presiding Judge

Associate Judge

Associate Judge